HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY TURNER,<br><br>              Plaintiff,<br><br>       v.<br><br>THE CITY OF PORT ANGELES, a city government and its agencies, and PORT ANGELES POLICE DEPARTMENT, a city department,<br><br>              Defendants. | Case No. C09-5317RBL<br><br>ORDER DENYING RECONSIDERATION |

       THIS MATTER is before the Court on Defendants' Motion for Reconsideration [Dkt. #18]. The Court has reviewed and considered the Motion.

       Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #16].

//

//

//

//

ORDER
Page - 1

1    It is **ORDERED** that Defendants' Motion for Reconsideration [Dkt. #18] is **DENIED.**

3    Dated this 8th day of November, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE